UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA WILLIS,

      Plaintiff,

v.

LEGAL AID & DEFENDER
ASSOCIATION, INC. and
DEIERDRE L. WEIR,

      Defendants.

Case No. 11-11384
Honorable Patrick J. Duggan

_____/

## OPINION AND ORDER DENYING AS MOOT PLAINTIFF'S OBJECTIONS TO GARNISHMENT

On April 11, 2012, Plaintiff filed an objection to the Request and Writ of Garnishment issued by this Court on March 28, 2012 (Doc. 56). This Court referred the matter to Magistrate Judge R. Steven Whalen on April 13, 2012. Defendants filed a garnishment release, withdrawing the garnishment, on July 20, 2012. Magistrate Judge Whalen therefore issued a Report and Recommendation on August 7, 2012, recommending that this Court deny Plaintiff's objection to the garnishment as moot. (Doc. 67.)

At the conclusion of his R&R, Magistrate Judge Whalen advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (R&R at 1.) He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusion reached by Magistrate Judge Whalen.

Accordingly,

**IT IS ORDERED**, that Magistrate Judge Whalen's R&R is adopted and Plaintiff's objection to garnishment (Doc. 56) is **DENIED AS MOOT**.

Date:  September 6, 2012  s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Richard G. Mack Jr., Esq.
Austin W. Garrett, Esq.
Teri L. Dennings, Esq.
Elizabeth P. Hardy, Esq.
Sonja L. Lengnick, Esq.